IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA OMSTEAD-WAGNER,<br><br>    Plaintiff,<br><br>v.<br><br>MOODY NATIONAL FFI BUTLER PA, LLC, t/d/b/a Fairfield Inn & Suites by Marriott Butler,<br><br>    Defendant. | Civil Action No.: 20-cv-00763-NBF |

**STIPULATION FOR DISMISSAL**

AND NOW comes the Plaintiff in the above case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through counsel, and hereby dismisses with prejudice all claims asserted by Plaintiff against Defendant MOODY NATIONAL FFI BUTLER PA, LLC, t/d/b/a Fairfield Inn & Suites by Marriott Butler,

Date: April 12, 2021

Respectfully submitted,

| | |
|---|---|
| /s/John Newborg<br>John Newborg, Esquire<br>225 Ross St., 4th Floor<br>Pittsburgh, PA 15219<br>PA ID 22276<br>(412) 281-1106<br>newborglaw@gmail.com<br><br>George John Steffish, III, Esquire<br>Steffish & Lafferty PC<br>121 North Washington St.<br>Butler, Pennsylvania 16001<br>PA ID #30809<br>(724) 282-3933<br>george@steffishlafferty.com<br><br>*Counsel for Plaintiff Maria Omstead-Wagner* | /s/Nicholas J. Godfrey<br>Nicholas J. Godfrey, Esq.<br>Pa. I.D. No. 312031<br>DINSMORE & SHOHL LLP<br>1300 Six PPG Place<br>Pittsburgh, PA 15222<br>412.281.5000 (t)<br>412.281.5055 (f)<br>nicholas.godfrey@dinsmore.com<br><br>*Counsel for Defendant Moody National FFI Butler PA, LLC* |